CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAR 3 1 2006

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| EDITH H. ENGLAND,<br><br>        *Plaintiff,*<br><br>v.<br><br>FOOD LION, L.L.C.,<br><br>        *Defendant.* | CIVIL ACTION NO. 6:05-CV-00028<br><br><br>ORDER<br><br><br><br>JUDGE NORMAN K. MOON |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ADJUDGED and ORDERED**

that Defendant Food Lion, L.L.C.'s motion for summary judgment is GRANTED. This matter is hereby DISMISSED.

It is so ORDERED.

The Clerk is hereby directed to STRIKE this case from the docket, and is further directed to send a copy of this Order and accompanying Memorandum Opinion to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

Date: March 31, 2006